VMD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-00055-CB |
| | * | |
| v. | * | USAO NO. 04R00075 |
| | * | |
| VERA LEE DAVIS | * | VIOLATION: |
| | * | 29 USC § 501(c) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Beginning on or about August 1, 1999, and continuing to on or about January 31, 2001, in the Southern District of Alabama, Southern Division, the defendant,

### VERA LEE DAVIS

did unlawfully and willfully embezzle, steal, abstract and convert to her own use or the use of another the monies, funds, securities, property and assets of American Postal Workers Union, APWU, Local 715, a labor organization engaged in an industry affecting commerce within the meaning of Section 402(I) and Section 402(j) of Title 29.  While serving as President, the defendant embezzled, stole, abstracted and converted to her own use or the use of another monies, funds, securities, property and assets of the American Postal Workers Union, APWU, Local 715, totaling approximately $23,565.67.

In violation of Title 29, United States Code, Section 501(c).

DAVID P. YORK
UNITED STATES ATTORNEY

FEBRUARY 2005